**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7010**

JEREMY PAUL DEFOUR,

Plaintiff - Appellant,

v.

LIEUTENANT WEBBER; OFFICER BEATY, a/k/a Officer Bates; INTELLIGENCE OFFICER ROSSON; LIEUTENANT BROWN; WARDEN EDMONDS; CHIEF OF HOUSING WALKER; ASSISTANT WARDEN MOORE; OPERATIONS MANAGER BRYANT; HEARING OFFICER STANTON, f/k/a Hearing Officer Forbes; MAJOR ROSS; UNIT MANAGER BOOKER; SGT. RANDOLPH,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Senior District Judge.  (7:22-cv-00379-JPJ-PMS)

Submitted:  October 31, 2024                          Decided:  January 17, 2025

Before KING, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeremy Paul Defour, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Paul Defour appeals the district court's order granting summary judgment in favor of Defendants in this 42 U.S.C. § 1983 action and denying Defour's motions for sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Defour v. Webber*, No. 7:22-cv-00379-JPJ-PMS (W.D. Va. Sept. 20, 2023). We deny Defour's motion to assign counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*